MILTON MEISELMAN, by FANNY MEISELMAN, His Guardian ad Litem, Appellant, v. CROWN HEIGHTS HOSPITAL, INC., HARRY KOSTER and BENJAMIN SCHOOLNIK, Respondents.— Judgment dismissing complaint on the merits in an action to recover against a corporation conducting a hospital, and two physicians, for

alleged malpractice and negligence aggravating a condition caused by osteomyelitis, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.